**Appeal Dismissed and Memorandum Opinion filed May 30, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00006-CV**

---

**LE HARGROVE JR., Appellant**

**V.**

**HIGH UP BUILDERS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1210579**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 21, 2023. The clerk's record was filed February 26, 2024. The reporter's record has not been filed. No brief was filed.

On April 16, 2024, this court issued an order stating that unless appellant filed a brief on or before May 16, 2024, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.